STATE OF CONNECTICUT *v.* COREY J. HART

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 763 (AC 29767), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Raymond L. Durelli*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided February 25, 2010

FAIRCHILD HEIGHTS, INC. *v.* NANCY DICKAL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 118 Conn. App. 163 (AC 29854), is granted, limited to the following issue:

"Did the Appellate Court properly interpret General Statutes § 21-80a (b) (1) as permitting a property owner to avoid the presumption of retaliatory eviction when its summary process action is based on resident conduct that is in violation of a material provision of the rental agreement?"

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18560.

*Abram J. Heisler*, in support of the petition.

*Thomas T. Lonardo*, in opposition.

Decided February 25, 2010